JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
MELANIE L. PROCTOR, CSBN 228971
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6730
    FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARVINDERJIT SINGH,<br><br>                Petitioner,<br><br>    v.<br><br>ROBIN BARRETT, Field Office Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services, San Francisco District; EMILIO T. GONZALEZ, Director, U.S. Department of Homeland Security, Bureau of Citizenship and Immigration Services; MICHAEL CHERTOFF, U.S. Secretary of Homeland Security,<br><br>                Respondents | No. C 08-0208 PJH<br><br>JOINT REQUEST TO BE EXEMPT FROM FORMAL ADR PROCESS |

        Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them.

        Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to Petitioner's request that this Court decide Petitioner's application for naturalization. Given the substance of the action and the lack of any potential middle ground,

ADR CERTIFICATION
No. C 08-0208 PJH

1  ADR will only serve to multiply the proceedings and unnecessarily tax court resources.
2  Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR
3  Multi-Option Program and that they be excused from participating in the ADR phone conference
4  and any further formal ADR process.

5  Dated: March 27, 2008                                  Respectfully submitted,

6                                                         JOSEPH P. RUSSONIELLO
                                                          United States Attorney
7
                                                          _____/s/_____
8                                                         MELANIE L. PROCTOR[1]
                                                          Assistant United States Attorney
9                                                         Attorneys for Respondents

11  Dated: March 24, 2008                                 _____/s/_____
                                                          JAMES CANFIELD
12                                                        MAHESH BAJORIA
                                                          Attorneys for Petitioner

                              **ORDER**

     Pursuant to stipulation, IT IS SO ORDERED.

17  Date: 4/1/08

                                    IT IS SO ORDERED
                                    Judge Phyllis J. Hamilton

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

ADR CERTIFICATION
No. C 08-0208 PJH                    2