1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   ILA C. DEISS, NY SBN 3052909
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7124
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                          UNITED STATES DISTRICT COURT
9
                        NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN FRANCISCO DIVISION
11
   PARVINDERJIT SINGH,                    )
12                                         )  No. C 08-0208 PJH
                   Plaintiff,              )
13                                         )
            v.                             )  **STIPULATION TO DISMISS; and**
14                                         )  **[PROPOSED] ORDER**
   ROBIN BARRETT, Field Office Director, U.S. )
15 Department of Homeland Security, Bureau of )
   Citizenship and Immigration Services, San )
16 Francisco District; EMILIO T. GONZALEZ,   )
   Director, U.S. Department of Homeland Security, )
17 Bureau of Citizenship and Immigration Services; )
   MICHAEL CHERTOFF, U.S. Secretary of     )
18 Homeland Security,                       )
                                            )
19                 Defendants.              )
                                            )
20

21     Plaintiff, by and through his attorneys of record, and Defendants, by and through their

22 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the

23 above-entitled action without prejudice in light of the fact that the United States Citizenship and

24 Immigration Services is now prepared to adjudicate Plaintiff's application for naturalization and

25 agrees to do so within 30 days of the dismissal of this action.

26 ///

27 ///

28 ///

Stipulation to Dismiss
C 08-0208 PJH                                    1

1 | Each of the parties shall bear their own costs and fees.

2 | Date: May 19, 2008                           Respectfully submitted,

3 | JOSEPH P. RUSSONIELLO
United States Attorney

4

5

6 | _____/s/_____
ILA C. DEISS[1]
Assistant United States Attorney

7 | Attorneys for Defendants

8

9

10 | Date: May 12, 2008                           _____/s/_____
JAMES CANFIELD
MAHESH BAJORIA

11 | Attorneys for Plaintiff

12

13

14

15 | **ORDER**

16 | Pursuant to stipulation, IT IS SO ORDERED.

17

18 | Date: 5/21/08

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

---

[1] I, Ila C. Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Stipulation to Dismiss
C 08-0208 PJH                                    2